**LAW OFFICES OF ROBERT F. KNOX**
ROBERT F. KNOX (SBN 71524)
bob@robertfknox.com
REED E. HARVEY (SBN 161318)
reedeharvey@gmail.com
319 Miller Avenue, Suite 1
Mill Valley, CA  94941
Telephone:  (415) 388-9090
Facsimile:  (415) 388-9590

Attorneys for Plaintiff
CHERINGAL ASSOCIATES, INC.,
doing business as CONTROL GROUP

IVO LABAR (203492)
labar@kerrwagstaffe.com
FRANK BUSCH (258288)
busch@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear St., 18th Floor
San Francisco, CA 94105–1528
Tel: (415) 371-8500
Fax: (415) 371-0500

Attorneys for Defendant
ELECTRONICS FOR IMAGING, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHERINGAL ASSOCIATES, INC., a New Jersey Corporation doing business as Control Group,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ELECTRONICS FOR IMAGING, INC., a Delaware Corporation, doing business as EFI,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 3:14-cv-00189-EMC<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Courtroom 5<br>Hon. Edward M. Chen<br><br>Action Filed:  January 13, 2014<br>Trial Date:  April 27, 2015 |

Case No. 3:14-cv-00189-EMC　　　　　　　　　STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1  Pursuant to the Settlement Agreement and Release of Claims, dated as of July 31, 2014, between the parties, Plaintiff Cheringal Associates, Inc. and Defendant Electronics For Imaging, Inc. hereby stipulate that the entire above-entitled action, including both the Complaint filed by Plaintiff and the Counterclaim filed by Defendant, be dismissed with prejudice, with each party to bear its own costs and fees.  The parties stipulate that this Court shall retain jurisdiction over this action for the purpose of enforcing the terms of the Settlement Agreement and Release of Claims.

Dated: August 29, 2014            **LAW OFFICES OF ROBERT F. KNOX**

By:     /s/ Robert F. Knox
ROBERT F. KNOX
Attorneys for Plaintiff
CHERINGAL ASSOCIATES, INC.,
Doing business as CONTROL GROUP

DATED: August 29, 2014            **KERR & WAGSTAFFE LLP**

By:     /s/ Ivo Labar
IVO LABAR

Attorneys for Defendant
ELECTRONICS FOR IMAGING, INC.

**IT IS SO ORDERED**. All hearing dates are vacated.

Dated:  9/9 , 2014          _____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

Case No. 3:14-cv-00189-EMC          STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1

1 | I, Frank Busch, am the ECF User whose ID and password is being used to file this Stipulated Protective Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each signatory indicated above has concurred in this filing.

DATED: August 29, 2014  **KERR & WAGSTAFFE LLP**

By: /s/ Frank Busch
FRANK BUSCH

Attorneys for Defendant
ELECTRONICS FOR IMAGING, INC.